```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 11982
    DAWN DASCENZI
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9281

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/26/2004 and was confirmed 05/05/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  35.23% from remaining funds.

    The case was paid in full 11/12/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG          .00           .00           .00
WASHINGTON MUTUAL          MORTGAGE ARRE    14357.38           .00      14357.38
RESURGENT CAPITAL SERVIC   UNSECURED         7430.05           .00       2617.68
CAPITAL ONE                UNSECURED       NOT FILED           .00           .00
CAPITAL ONE                UNSECURED       NOT FILED           .00           .00
CHASE MANHATTAN BANK       NOTICE ONLY     NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         3498.96           .00       1232.72
FASHION BUG                UNSECURED       NOT FILED           .00           .00
FIRST MIDWEST BANK         UNSECURED         5310.40           .00       1870.91
FORD MOTOR CREDIT          UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED OTH     858.91            .00        303.35
ECAST SETTLEMENT CORP      UNSECURED         6169.86           .00       2173.70
KOHLS                      UNSECURED          225.18           .00         78.85
MBNA AMERICA               UNSECURED       NOT FILED           .00           .00
NCB MANAGEMENT             NOTICE ONLY     NOT FILED           .00           .00
NEWPORT NEWS               UNSECURED       NOT FILED           .00           .00
NEXT CARD                  UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         1725.03           .00        607.75
VERIZON WIRELESS           UNSECURED       NOT FILED           .00           .00
ALLIED WASTE/GROEN WASTE   UNSECURED          102.15           .00         35.77
WASHINGTON MUTUAL          COST OF COLLE   NOT FILED           .00           .00
URBAN & BURT LTD           DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                     1,443.89
DEBTOR REFUND              REFUND                                         54.46

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  24,776.46

PRIORITY                                          .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 11982 DAWN DASCENZI
```

```
SECURED                                            14,357.38
UNSECURED                                           8,920.73
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                1,443.89
DEBTOR REFUND                                          54.46
                               ---------------   ---------------
TOTALS                              24,776.46         24,776.46
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 02/26/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```